UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>　　　　Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>　　　　Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE**<br><br> |

　　　　The judgment of this Court, entered November 18, 2014, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　Margoth Turcios
　　　　　　　　　　　　　　　　Deputy Clerk

FILED

NOV 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REBECCA FRIEDRICHS; et al., | No. 13-57095 |
| Plaintiffs - Appellants, | D.C. No. 8:13-cv-00676-JLS-CW<br>Central District of California,<br>Santa Ana |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION; et al., | ORDER |
| Defendants - Appellees, | |
| KAMALA D. HARRIS, Attorney General, | |
| Defendant - Intervenor. | |

Before: CANBY, CLIFTON, and OWENS, Circuit Judges.

The court has reviewed appellants' motion for summary affirmance and appellees' opposition thereto, the record, and the briefing filed in this appeal. Upon review, the court finds that the questions presented in this appeal are so insubstantial as not to require further argument, because they are governed by controlling Supreme Court and Ninth Circuit precedent. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard for summary affirmance); *Abood v. Detroit Bd. Of Ed.*, 431 U.S. 209, 232 (1977)

DA/MOATT

(allowing public-sector agency shop); *Mitchell v. L.A. Unified Sch. Dist.*, 963 F.2d 258, 263 (9th Cir. 1992) (allowing opt-out regime).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**