FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 07 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al., | No. 13-57095 |
| Plaintiffs - Appellants, | |
| | D.C. No. 8:13-cv-00676-JLS-CW |
| v. | Central District of California, |
| | Santa Ana |
| CALIFORNIA TEACHERS ASSOCIATION; et al., | |
| | ORDER |
| Defendants - Appellees, | |
| and | |
| KAMALA D. HARRIS, Attorney General, | |
| Defendant - Intervenor. | |

Before:  Peter L. Shaw, Appellate Commissioner.

The motion for an exemption under Rule 46-5 for Associate Deputy

Solicitor General Samuel Siegel is granted to the extent the motion concerns the

practice of law before this court.  *See* 9th Cir. R. 46-5.  This order expresses no

opinion with respect to Mr. Siegel's representation of intervenor in the matter

currently pending before the Supreme Court of the United States.

This case remains closed.

DA/MOATT